2 A.3d 468

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent**

v.

**Jesse AYERS, Petitioner.**

Supreme Court of Pennsylvania.

July 27, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2010 the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.

Does the application of a household vehicle exclusion violate Section 1738 of the Motor Vehicle Financial Responsibility Law ("MVFRL"), where the same insurance company insures all vehicles owned by an insured, and where the

exclusion denies inter-policy stacking to the insured who has paid for stacking and has not executed a stacking waiver?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.